IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINDA JARVIS and SARA VILLANUEVA, Individually and as Class Representatives, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:11-cv-00864-RGA |
| v. | ) ) | |
| MATLIN PATTERSON GLOBAL ADVISORS, LLC, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL OF PLAINTIFFS LINDA JARVIS AND SARA VILLANUEVA, INDIVIDUALLY AND AS CLASS REPRESENTATIVES**

Notice is hereby given that Linda Jarvis and Sara Villanueva, individually and as Class Representatives, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of Delaware granting Defendants' motion to dismiss, entered in this action on June 11, 2012, and attached hereto as Exhibit "A."

Dated: July 10, 2012                    KLEHR HARRISON HARVEY BRANZBURG LLP


By:    */s/ Sean M. Brennecke*
          David S. Eagle (DE Bar No. 3387)
          Sean M. Brennecke (DE Bar No. 4686)
          919 Market Street, Suite 1000
          Wilmington, Delaware 19801
          Telephone:  (302) 552-5508
          Facsimile:  (302) 426-9193
          deagle@klehr.com
          sbrennecke@klehr.com


- and –

Charles A. Ercole, Esquire (admitted *pro hac vice*)
Lee D. Moylan, Esquire (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 568-2852
Facsimile: (215) 568-6603
cercole@klehr.com
lmoylan@klehr.com

*Attorneys for Plaintiffs*